# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:07 CR 106-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER CONCERNING |
| ) | FACTUAL BASIS |
| HENDERSON AMUSEMENT, INC. ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THE DEFENDANT** came before the court on December 7, 2007 and participated in a Rule 11 inquiry whereby the defendant, by and through its president and sole director, James Otis Henderson and its attorney of record, and entered a plea of guilty to count one as contained in the Bill of Information, that being a charge that the defendant corporation knowingly conducted and operated an illegal gambling business in violation of Title 18 U.S.C. § 1955 and count four, that being conspiracy to engage in money laundering and engaging in monetary transactions and property derived from specified unlawful activity in violation of 18 U.S.C. § 1956(h) . The undersigned has now been directed by the District Court to make inquiry of the corporate defendant to determine whether or not there is a factual basis for the plea of guilty of the defendant.

The undersigned having made inquiry upon the record of James Otis Henderson who is the president and sole director of the corporation who was first duly sworn to tell the truth and finds that in the above entitled matter that James Otis Henderson, on behalf of Henderson

Amusement, Inc., is fully competent and capable of entering an informed plea; that the plea of guilty of the corporation to the charges contained in counts one and four the Bill of Information is knowing and voluntary. The undersigned further finds that the plea of guilty is supported by an independent basis of fact containing each of the elements of the offense charged against the defendant in counts one and four of the Bill of Information. Accordingly, the undersigned accepts the plea of guilty to counts one and four as contained in the Bill of Information and adjudges the corporate defendant, Henderson Amusement, Inc. to be guilty of those offenses.

Signed: December 12, 2007

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge

2

Case 1:07-cr-00106-TSE-DLH    Document 41    Filed 12/13/07    Page 2 of 2