IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

DOCKET NO. 1:07CR106

FILED
ASHEVILLE, N.C.
JUN 26 2009
U.S. DISTRICT COURT
W. DIST. OF N.C.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | ORDER |
| | ) | |
| Plaintiff, | ) | GRANTING MOTION TO SEAL |
| v. | ) | |
| | ) | EXHIBIT B |
| 1) HENDERSON AMUSEMENT, INC., | ) | |
| 2) JAMES OTIS HENDERSON | ) | TO |
| a/k/a JAMIE HENDERSON, | ) | |
| 3) BARRON SLOAN HENDERSON, | ) | MOTION FOR |
| a/k/a Barry Henderson, | ) | |
| | ) | **FOURTH** PRELIMINARY |
| Defendants. | ) | ORDER OF FORFEITURE |
| | ) | |
| | ) | BY SUBSTITUTION OF PROPERTY |

UPON THE MOTION OF THE UNITED STATES, and for good cause shown, the Court grants the United States' Motion to Seal Exhibit B to Motion for Fourth Preliminary Order of Forfeiture. Sealed Exhibit B shall be disclosed to the parties. The agents of the United States may use and disclose Sealed Exhibit B for the purpose of carrying out their duties pursuant to forfeiture Orders of the Court.

This the 25th day of June, 2009.

THOMAS SELBY ELLIS, III
UNITED STATES DISTRICT JUDGE