IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

DOCKET NO. 1:07CR106

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES OTIS HENDERSON | ) | **FIRST FINAL ORDER OF** |
| a/k/a JAMIE HENDERSON, | ) | **FORFEITURE** |
| | ) | |
| and | ) | |
| | ) | |
| HENDERSON AMUSEMENT, INC., | ) | |
| | ) | |
| Defendants. | ) | |

On March 6, 2009, this Court entered a Preliminary Order of Forfeiture pursuant to 21 U.S.C. § 853(p) and Fed. R. Crim. P. 32.2(c), amending the order of forfeiture previously entered in this case to include certain property of defendants James Otis Henderson and Henderson Amusement, Inc. as substitute property.

On April 16, 2009 through May 15, 2009, the United States posted on an official government internet site (www.forfeiture.gov), for at least 30 consecutive days, notice of this forfeiture and of the intent of the United States to dispose of the forfeited property in accordance with law, and further notifying all third parties of their right to petition the Court within thirty days for a hearing to adjudicate the validity of any alleged legal interest in the property. It appears from the record that no such claims have been filed.

It is therefore ORDERED:

In accordance with Rule 32.2(c)(2), the Preliminary Order of Forfeiture is confirmed as

1

final. All right, title, and interest in the following properties, whether real, personal, or mixed, has therefore been forfeited to the United States for disposition according to law:

**Personal property (three vehicles) of the value of $16,000.00, listed in Attachment A.**

**A total of United States currency of $548,262.30 substituted for three real properties included in the Consent Order and Judgment of Forfeiture of Henderson Amusement, Inc., listed in Attachment B.**

This the 3rd day of August, 2009.

THOMAS SELBY ELLIS, III
UNITED STATES DISTRICT JUDGE

# Attachment A

## Substitute Personal Property of
## Jamie Otis Henderson and/or Henderson Amusement, Inc.

|  | Serial/VIN number | Value ($) |
|---|---|---|
| 2000 BMW | WBADM6343YGU15921 | 8,500.00 |
| 2001 Chevrolet S10 | 1GCCS19W418165329 | 3,000.00 |
| 2003 Chevrolet S10 | 1GTCS19X338200745 | 4,500.00 |
|  |  |  |
|  |  | 16,000.00 Total |

3

# Attachment B

**Substitute of United States Currency for Consent Order's
Three Tracts of Real Property of Henderson Amusement, Inc.**

| Value ($) | Property |
|---|---|
| 366,429.38 | 11060 Asheville Hwy, Inman, SC |
| 155,122.53 | 134 Banks Rd., Kings Mtn., 8.99 acres, NC |
| 26,710.39 | 100 Malibu Drive, Spartanburg, SC |
|  |  |
| 548,262.30 Total |  |