IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

DOCKET NO. 1:07CR106

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| JAMES OTIS HENDERSON ) | **SECOND FINAL ORDER OF** |
| a/k/a JAMIE HENDERSON, ) | **FORFEITURE** |
| ) | |
| and ) | |
| ) | |
| HENDERSON AMUSEMENT, INC., ) | |
| ) | |
| Defendants. ) | |

FILED
ASHEVILLE, N.C.
AUG -3 2009
U.S. DISTRICT COURT
W. DIST. OF N.C.

On March 25, 2009, this Court entered a Second Preliminary Order of Forfeiture pursuant to 21 U.S.C. § 853(p) and Fed. R. Crim. P. 32.2(e), amending the order of forfeiture previously entered in this case to include certain property of defendants James Otis Henderson and Henderson Amusement, Inc. as substitute property.

On April 16, 2009 through May 15, 2009, the United States posted on an official government internet site (www.forfeiture.gov), for at least 30 consecutive days, notice of this forfeiture and of the intent of the United States to dispose of the forfeited property in accordance with law, and further notifying all third parties of their right to petition the Court within thirty days for a hearing to adjudicate the validity of any alleged legal interest in the property. It appears from the record that no such claims have been filed.

It is therefore ORDERED:

In accordance with Rule 32.2(c)(2), the Second Preliminary Order of Forfeiture is

1

confirmed as final. All right, title, and interest in **the following properties**, whether real, personal, or mixed, has therefore been forfeited to the United States for disposition according to law:

**Personal property of the value of $211,000.00, listed in Attachment A.**

This the 3rd day of August, 2009.

_____
THOMAS SELBY ELLIS, III
UNITED STATES DISTRICT JUDGE

## Attachment A

## Value of Personal Property
## of
## James Otis Henderson and/or Henderson Amusement, Inc.

## Substituted for Portion of Money Judgment

|              | Number | Value per Piece | Total Value      |
|--------------|--------|-----------------|------------------|
| Pool Tables  | 15     | $500            | $7,500           |
| Arcade Games | 40     | $500            | $20,000          |
| Video Games  | 300    | $600            | $180,000         |
| Juke Boxes   | 5      | $700            | $3,500           |
|              |        |                 | $211,000 Total   |