IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

DOCKET NO. 1:07CR106

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **FOURTH FINAL** |
| ) | **ORDER OF FORFEITURE** |
| (1) HENDERSON AMUSEMENT, INC., ) | |
| (2) JAMES OTIS HENDERSON ) | |
| a/k/a Jamie Henderson, ) | |
| (3) BARRON SLOAN HENDERSON ) | |
| a/k/a Barry Henderson, ) | |
| ) | |
| Defendants. ) | |

On June 26, 2009, this Court entered a Preliminary Order of Forfeiture pursuant to 21 U.S.C. § 853(p) and Fed. R. Crim. P. 32.2(e), amending the order of forfeiture previously entered in this case to include certain property of defendants Henderson Amusement, Inc, James Otis Henderson and Barron Sloan Henderson as substitute property.

On November 10, 2009 through December 9, 2009, the United States posted on an official government internet site (www.forfeiture.gov), for at least 30 consecutive days, notice of this forfeiture and of the intent of the United States to dispose of the forfeited property in accordance with law, and further notifying all third parties of their right to petition the Court within thirty days for a hearing to adjudicate the validity of any alleged legal interest in the property. It appears from the record that no such claims have been filed.

It is therefore ORDERED:

In accordance with Rule 32.2(c)(2), the Fourth Preliminary Order of Forfeiture is confirmed

1

as final. All right, title, and interest in the following properties, whether real, personal, or mixed, has therefore been forfeited to the United States for disposition according to law:

> Real Property with the address of 2201 Cherryville Road, Cleveland County, North Carolina, with deed recorded at Book 1293, Page 1206, of the Registry of Deeds, Cleveland County, North Carolina, together with the buildings, residences, and all appurtenances, improvements, and attachments thereon,
>
> Real Property with the address of Lot 16, Woodlake Drive, Spartanburg, South Carolina, with deed recorded at Book 81R, Page 803, of the Registry of Deeds, Spartanburg County, South Carolina, together with the buildings, residences, and all appurtenances, improvements, and attachments thereon,
>
> Real Property with the address of 1394 W O Ezell Blvd., Spartanburg, South Carolina, with deed recorded at Book 81A, Page 54, of the Registry of Deeds, Spartanburg County, South Carolina, together with the buildings, residences, and all appurtenances, improvements, and attachments thereon,
>
> Real Property with the address of 159 Collinsdale Court, Inman, South Carolina, with deed recorded at Book 83T, Page 871, of the Registry of Deeds, Spartanburg County, South Carolina, together with the buildings, residences, and all appurtenances, improvements, and attachments thereon.

The following properties are hereby dismissed:

> First Citizens Bank (Henderson Development) account, First Citizen Bank, 1230 Main Street, Columbia, South Carolina, Account Number XXXX2601.
>
> BB&T (Henderson Amusement) account, BB&T, P.O. Box 819, Wilson, North Carolina, Account Number XXXX8594.

This the 24th day of February, 2010.

_____
THOMAS SELBY ELLIS, III
UNITED STATES DISTRICT JUDGE