IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

DOCKET NO. 1:07CR106

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>  Plaintiff,  )<br>  v.  )<br>  )<br>1) HENDERSON AMUSEMENT, INC.,  )<br>2) JAMES OTIS HENDERSON  )<br>  a/k/a JAMIE HENDERSON,  )<br>3) BARRON SLOAN HENDERSON,  )<br>  a/k/a Barry Henderson,  )<br>  )<br>  Defendants.  | **ENTRY OF DEFAULT OF**<br><br>**H&H PROPERTIES OF**<br>**SPARTANBURG, LLC**<br><br>**BY CONSENT** |

Whereas, on February 24, 2010 the Court entered a Fourth Final Order of Forfeiture against the three properties ("the three properties") listed below, together with other properties;

Whereas, co-defendants James Otis Henderson, Barron Sloan Henderson, and Henderson Amusements, Inc. have previously consented to the forfeiture of the three properties;

Whereas, the three properties are titled in the land records of Spartanburg County, South Carolina, in the name and entity: H & H Properties of Spartanburg, LLC, a limited liability company organized in the state of South Carolina in 2004;

Whereas, H & H Properties of Spartanburg, LLC is and has been wholly owned by co-defendants James Otis Henderson and Barron Sloan Henderson;

Whereas, defendant James Henderson, a member and manager and the registered agent and president of H & H Properties of Spartanburg, LLC, has legal authority to bind H & H Properties of Spartanburg, LLC and alienate its property;

Whereas, H & H Properties of Spartanburg, LLC, by its member and manager and registered agent and president, avers that it had actual notice of the Motion for Forfeiture of

Property on February 23, 2010, and the Fourth Final Order of Forfeiture, entered by the Court on February 24, 2010;

Whereas, it is necessary to enter Default against H & H Properties of Spartanburg, LLC so that the United States may present a clean title for sale;

Whereas, H & H Properties of Spartanburg, LLC, by its member and manager and registered agent and president, avers that it has notice of this Order and consents to it;

NOW, THEREFORE, it is therefore **ORDERED** that:

### H & H Properties of Spartanburg, LLC

has not filed any response, claim, or other pleading in this matter, or has withdrawn such pleading, it appears that there has been a failure to plead or otherwise defend as required by applicable rules and statutes, and, therefore, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, the Court hereby enters **DEFAULT** against such potential claimant concerning the three properties:

> Real Property with the address of Lot 16, Woodlake Drive, Spartanburg, South Carolina, with deed recorded at Book 81R, Page 803, of the Registry of Deeds, Spartanburg County, South Carolina, together with the buildings, residences, and all appurtenances, improvements, and attachments thereon,
>
> Real property with the address of 1394 W O Ezell Blvd., Spartanburg, South Carolina, with deed recorded at Book 81A, Page 54, of the Registry of Deeds, Spartanburg County, South Carolina, together with the buildings, residences, and all appurtenances, improvements, and attachments thereon,
>
> Real property with the address of 159 Collinsdale Court, Inman, South Carolin, with deed recorded at Book 83T, Page 871, of the Registry of Deeds, Spartanburg County, South Carolina, together with the buildings, residences, and all appurtenances, improvements, and attachments thereon.

This the 29th day of Sept., 2011.

_____
THOMAS SELBY ELLIS, III
UNITED STATES DISTRICT JUDGE

BY CONSENT:

_____
H & H PROPERTIES OF SPARTANBURG, LLC
by JAMES OTIS HENDERSON
Member and Manager
Registered Agent and President

_____
THOMAS A. M. BOGGS
Counsel to:
H & H PROPERTIES OF SPARTANBURG, LLC
and JAMES OTIS HENDERSON

_____
THOMAS R. ASCIK
ASSISTANT UNITED STATES ATTORNEY